IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. PAMELA SATCHWELL, DAWN KASDORF, and BETHANY SILVA-GOMEZ, | CIVIL ACTION NO. 17-CV-12315 HON. LAURIE J. MICHELSON Mag. Judge Elizabeth A. Stafford |
| Plaintiffs-Relators, | |
| vs. | |
| VINAY MALVIYA, M.D., VINAY MALVIYA, M.D., P.C., ST. JOHN PROVIDENCE HEALTH SYSTEM, ASCENSION HEALTH, and CRITTENDON HOSPITAL MEDICAL CENTER, Jointly and Severally, | |
| Defendants. _____/ | |

## STIPULATED ORDER
## TO UNSEAL CERTAIN DOCUMENTS

The United States has intervened in part in this action, for the purpose of effectuating a settlement agreement ("the Settlement Agreement") between the United States, defendants Vinay K. Malviya, M.D., and Vinay Malviya, M.D., P.C., and Relators Pamela Satchwell, Dawn Kasdorf, and Bethany Silva-Gomez; the United States and Relators have filed a Joint Stipulation to Unseal Certain Documents and have stipulated to the entry of this Order, and the Court is otherwise fully advised,

**NOW THEREFORE IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall unseal Relators' Complaint (ECF No. 1); the Redacted Amended Complaint (ECF No. 42); the Notice of the United States of its Election to Intervene in Part as to the Hospital Defendants (ECF No. 28); the Stipulated Order of Dismissal as to the Hospital Defendants (ECF No. 38); the United States' Notice of Election to Intervene in Part as to Defendant Malviya (ECF No. 39); the Stipulation of the United States and Relators for Dismissal and to Unseal Certain Documents; this Order; and all subsequent filings following entry of said Order.

2. All other contents of the Court's file in this action shall remain under seal and not be made public, including but not limited to any application filed by the United States for an extension of the sixty-day investigative period, and supporting papers, because such papers were provided by law to the Court, alone, for the sole purpose of discussing the content and extent of the United States' and the State of Michigan's investigation, and thereby, evaluating whether the seal and time for making an election to intervene should be extended.

3. All parties shall bear their own fees, costs, and expenses, except as specified in the Paragraph 3 of the Settlement Agreement.

6.  The seal is lifted as to all matters occurring in this action after the date of this Order.

Dated: April 12, 2022

>   s/Laurie J. Michelson
>   LAURIE J. MICHELSON
>   UNITED STATES DISTRICT JUDGE

Approved:

s/Carolyn Bell Harbin
CAROLYN BELL HARBIN (P27350)
Assistant United States Attorney


BENDURE & THOMAS, PLC

s/ Mark R. Bendure
Counsel for Relators