IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. PAMELA SATCHWELL, DAWN KASDORF, and BETHANY SILVA-GOMEZ, | CIVIL ACTION NO. 17-CV-12315 HON. LAURIE J. MICHELSON Mag. Judge Elizabeth A. Stafford |
| Plaintiffs-Relators, | |
| vs. | |
| VINAY MALVIYA, M.D., VINAY MALVIYA, M.D., P.C., ST. JOHN PROVIDENCE HEALTH SYSTEM, ASCENSION HEALTH, and CRITTENDON HOSPITAL MEDICAL CENTER, Jointly and Severally, | |
| Defendants. _____/ | |

## STIPULATED ORDER OF DISMISSAL

The United States has intervened in part in this action, for the purpose of effectuating a settlement agreement ("the Settlement Agreement") between the United States, defendants Vinay K. Malviya, M.D., and Vinay Malviya, M.D., P.C., and Relators Pamela Satchwell, Dawn Kasdorf, and Bethany Silva-Gomez; the United States and Relators have filed a Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a), and 31 U.S.C. § 3730(b)(1), wherein, among other things, they agree that the settlement is fair, adequate, and reasonable under all the circumstances; the United States and Relators have stipulated to the entry of this

Order, and the Court is otherwise fully advised,

**NOW THEREFORE IT IS HEREBY ORDERED** that:

1. The claims which were asserted in this action by Relators on behalf of themselves and the United States, and which are based on the Covered Conduct as defined in Recital Paragraph D of the Settlement Agreement between the parties, are dismissed with prejudice;

2. The remaining claims asserted by Relators in this action are dismissed with prejudice to the Relators and without prejudice to the United States.

3. All parties shall bear their own fees, costs, and expenses, except as specified in the Paragraph 3 of the Settlement Agreement.

Dated: June 21, 2022

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Stipulated and Agreed to By:

s/Carolyn Bell Harbin
CAROLYN BELL HARBIN (P27350)
Assistant United States Attorney

BENDURE & THOMAS, PLC

<u>s/ Mark R. Bendure (with consent)</u>
Counsel for Relators